IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-00629-B |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON MOTION

The Defendant seeks, for a second time, a "30- day extension of time within which to file" a brief in this matter (*Motion for Extension of Time,* Doc. 11, filed December 19, 2005). As grounds for this requested extension, the Defendant represents that she is awaiting a response from the Appeals Council on her request for a voluntary remand. For good cause shown, it is hereby

**ORDERED** that the *Motion* (Doc. 11) is **GRANTED**. The Defendant's response is due on or before February 24, 2006.

Done this 26th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE