IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-00629-DRB |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Submitted now is the *Defendant's Motion to Reverse and Remand and for Entry of Final Judgment* (Doc. 15, filed Feb. 23, 2006) and the supporting memorandum (Doc. 16). For good cause based upon the Appeal Council's determination that remand is appropriate for additional proceedings before an administrative law judge,[1] and based upon the absence of any objection to the requested remand,[2] it is hereby

**ORDERED** that the *Motion* (Doc. 15 ) is **GRANTED** and the decision of the Commissioner is **REVERSED AND REMANDED**, pursuant to *sentence four* of 42 U.S.C. §405(g) for further administrative proceedings.

---

[1] "Defendant requests remand "to further evaluate Plaintiff's ability to perform other work existing in significant numbers in the national economy." Upon receipt of the remand order, the Appeals Council "will remand Plaintiff's case to an ALJ to obtain supplemental vocational expert testimony that is consistent with a residual functional capacity for light work. In addition, the ALJ shall take any further action needed to complete the administrative record and will issue a new decision." (*Def's Mem.* at 1)(Doc. 16).

[2] Plaintiff did not file any response to show cause why the motion should not be granted as directed by this court's February 17, 2006 *Order* (Doc. 17).

The final judgment requested in the supporting memorandum will be entered.[3]

Done this 14th day of March, 2006.

                         **/s/ Delores R. Boyd**
                         DELORES R. BOYD
                         UNITED STATES MAGISTRATE JUDGE

---

[3] Entry of the final judgment reversing and remanding this case will begin the appeal period which determines the 30-day period during which time a timely application for attorney fees under the Equal Access to Justice Act may be filed. (*Def's Mem.* at 2).