IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00629-DRB |
| | ) | [wo] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

On March 14, 2006, this court entered a *Final Judgment* remanding this case to the Commissioner of Social Security for further proceedings pursuant to *sentence four* of 42 U.S.C. §405(g). (Docs. 18 and 19). Submitted now is the Plaintiff's uncontested[1] *Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act* (Doc. 22, May 26, 2006).

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412, Plaintiff seeks a total award of *$2,164.81* for attorney's fees to counsel of record, Felice S. Goldstein, at an hourly rate of $156.87.[2] The court finds that Plaintiff's motion is timely filed and that she is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that pursuant to the *Order* and *Judgment* filed March 14, 2006 the court remanded this case for further consideration pursuant to *sentence four* of

---

[1] The Commissioner "does not contest an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, in the total amount of $2,164.81" and requests "that the Court's order reflect that EAJA fees should be made payable to Felice S. Goldstein." (*Defendant's Response*, Doc. 24, June 12, 2006).

[2] Plaintiff's fee itemization reflects a total of 13.8 hours of services rendered between July 5, 2005 and May 26, 2006 (Doc. 22).

42 U.S.C. §405(g). Plaintiff has documented increases in the consumer price index which authorize an increase from the $125 hourly fee specified in the EAJA to the requested hourly rate as an adjustment for inflation. Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this court that the Plaintiff's *Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act* (Doc. 22, May 26, 2006) is **GRANTED** in the total amount of $2,164.81, payable to Plaintiff's counsel, Felice S. Goldstein.

DONE this 13th day of June, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE